

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| PAL-CON, LTD. and VALLEY FORGE INSURANCE COMPANY, | § |
|---|---|
| Plaintiff and Intervenor, | § |
| v. | § Civil Action No. |
| FRIEND'S EXPRESS, LLC, JEFFERY D. BRANTLEY d/b/a BRANTLEY TRANSPORTATION, and BERT A. WHEELER d/b/a ANNE'S PILOT CAR SERVICES, | § 4:12-CV-721-A |
| Defendants. | § |

~~PARTIES' REVISED JOINT EXHIBIT INDEX~~

List of Exhibits Offered by Plaintiff + Received in Evidence (2014)

~~Pursuant to the Court Order dated April 2, 2014 (Dkt. # 55), the Parties hereby submit the following revised joint exhibit list.~~

~~Plaintiffs Pal-Con, Ltd. and Valley Forge Insurance Company proposed removing Exhibits 2, 7-19, 21-25, 32-34, 39-45, 67-91, 100, 105-110, 115, 118 and 123. Defendant objected to their removal.~~

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
| 1 | Work Orders and Supporting Details (PAL-CON 000415-29; 435-87; 748-851; 853-88; 900-24; 952-1275) | Defendant's Objections: Relevance FRE 401; FRE 403 | 4/14 | 4/14 |
| ~~2~~ | ~~Fax from Anne's Pilot Car Service (BRANT 0149)~~ | Plaintiffs' Objections: FRE 106, 802 and 901 | | |
| 3 | Invoice from Anne's Pilot Car Service (BRANT 0072-73) | | 4/14 | 4/14 |
| 4 | Anne's Pilot Car Service Ticket (BRANT 0071; WHEELER 000001) | | 41 | 11 |
| 5 | Damaged Regenerator & Replacement Expenses (PAL-CON 000216-42) | Defendant's Objections: | 11 | 11 |

Revised Joint Exhibit Index                                                                 Page 1

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
|  |  | Relevance FRE 401 (consequential damages); FRE 403 |  |  |
| 6 | Damaged Regenerator & Replacement Expenses (Pal-Con 1393-1418 dated March 5, 2014) | Defendant's Objections: Relevance FRE 401, (consequential damages); FRE 403 | 4/14 | 4/14 |
| 7 | Friends Express Uship Profile (Pal Con 008-13; FRIENDS 0001-2) | Plaintiffs' Objections: FRE 401, 402, 403 and 901 |  |  |
| 8 | Uship terms and conditions (Pal-Con 0010-13; FRIENDS 0006-9) | Plaintiffs' Objections: FRE 401, 402, 403 and 901 |  |  |
| 9 | Uship SAFER Information (FRIENDS 0003-5) | Plaintiffs' Objections: FRE 401 |  |  |
| 10 | Friends Express LLC Customer Credit Application (Brant 0030 & Pal Con 0014; 0079) | Plaintiff's Objections: FRE 402, 901 |  |  |
| 11 | Bill of lading (Left Side Module) at pickup; Brant 49; FRIENDS 272-273; Exhibit 32 to the deposition of James Randall Thompson | Defendant's Objections: Relevance FRE 401; FRE 403  Plaintiffs' Objections: FRE 403 |  |  |
| 12 | Bill of Lading for Left Side Module at delivery Friends 0033; Brantley Depo Exhibit 28; Maples Exhibit 28; Thompson Depo Exhibit 32; Brantley 0050 |  |  |  |
| 13 | Bill of Lading 09/12/11 piping and flange for Spectra trip 2938 Pal Con 00142 | Defendant's Objections: FRE 403; FRE 403  Plaintiffs' Objections: FRE 401 |  |  |
| 14 | Bill of Lading for Right Side Module (Friends 287) | Plaintiffs' Objections: FRE 401, 402, and 403 |  |  |
| 15 | Brantley Invoice (Brant 95) | Plaintiffs' Objections: FRE 401 |  |  |

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
| 16 | BOL for Left Module to Lilly, PA 10/04/10 Pal-Con 1295 | Defendant's Objections: Relevance FRE 401; 403<br><br>Plaintiffs' Objections: FRE 401, 402, and 403 | | |
| 17 | BOL for Right Module to Lilly, PA 10/04/10 Pal Con 1294 | Defendant's Objections: Relevance FRE 401; 403<br><br>Plaintiffs' Objections: FRE 401, 402, and 403 | | |
| 18 | BOL for ducts and other parts to Lilly, PA Click Farms 09/28/10 Pal Con 1299 | Defendant's Objections: Relevance FRE 401; 403<br><br>Plaintiffs' Objections: FRE 401, 402, and 403 | | |
| 19 | BOL for trailer from Lilly, PA to Stephenville by Click Farms 10/01/10 Pal Con 1298 | Defendant's Objections: Relevance FRE 401; 403<br><br>Plaintiffs' Objections: FRE 401 | | |
| 20 | Invoices (Pal-Con 0488-625; 650-57; 660-78; 713-47; 852; 890-96; 898-99; 1284; Pal-Con 283-286; VF 00299 & VF 00328; Pal Con 1292; Pal Con 1296; Pal Con 143 | Defendant's Objections: Relevance FRE 401; FRE 403 | 4/14/14 | 4/14/14 |
| 21 | Friends Invoice for Job #2951 the Left Side Module (Pal Con 0143; FRIENDS 0039-40) | | | |
| 22 | Pal Con Purchase Order for Friends Transport units from Stephenville, TX to Lilly, PA 2 @ $9,900 ea = $19,800 (VF 00300 & VF 00329) | | | |
| 23 | Purchase Orders (Pal Con147; Pal Con 150; FRIENDS 0038; Pal Con 1293; Pal Con 1297; VF | Defendant's Objections: | 4/14/14 | 4/14/14 |

Revised Joint Exhibit Index                                                                                       Page 3

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
|  | 330-336; VF 710-6); VF 330 & 329 | Relevance FRE 401; FRE 403 Plaintiffs' Objections: Duplicates, FRE 401 |  |  |
| 24 | Crystal Baca Emails (VF 308; VF 413-14; VF 645-646; Pal-Con 259) | Plaintiffs' Objections: FRE 403 |  |  |
| 25 | Jacob Maples Driver's License and Medical Examiner's Certificate, (BRANT 0006) | Defendant's Objections: Relevance FRE 401 Plaintiffs' Objections: FRE 403 |  |  |
| 26 | Ohio Permit (BRANT 60-61) |  | 4/14 | 4/14 |
| 27 | Photographs of Eastbound I-70 at mile 91 (Exhibit 7 to the deposition of Bert Wheeler) |  | 11 | 11 |
| 28 | Aerial of I-70 and I-270 mixmaster (Wheeler Depo Ex. 8) |  | 11 | 11 |
| 29 | Map of Permitted Route (Exhibit 10 to the deposition of Bert Wheeler) |  | 11 | 11 |
| 30 | Photo of I-270 North and Ohio 317 bridge (Wheeler Depo Ex. 11) |  | 11 | 11 |
| 31 | Photographs dated September 23, 2011 (Exhibit 12 to the deposition of Bert Wheeler; Hufford Depo Ex. 1) |  | 11 | 11 |
| 32 | Friends' Broker Documents (Brant 31-41; Brant 232-34; Brant 239 | Plaintiffs' Objections: FRE 401, 403, 802, |  |  |
| 33 | Carrier Load-Rate Confirmation (Brant 42-47) |  |  |  |
| 34 | The Internet Truckstop load transportation request (Brantley Depo Ex. 25) |  |  |  |
| 35 | Map with bridge location circled (Hufford Depo Ex. 3) |  | 4/14 | 4/14 |
| 36 | Photographs from Crawford Report (BRANT 0097-108) |  | 11 | 11 |
| 37 | Photographs of damaged unit (PAL-CON 000288-307) |  | 11 | 11 |
| 38 | Summary of Visual Inspection of damaged Left-Side Module (BRANT 0238-39) | Defendant's Objections: FRE 801, 802 expert |  |  |

Revised Joint Exhibit Index                                                          Page 4

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
| | | testimony required | | |
| 39 | 12/20/11 Notice letter from VFIC to Brantley (BRANT 0152-96) | Defendant's Objections: Relevance FRE 401, FRE 403<br><br>Plaintiffs' Objections: FRE 402, 403 | | |
| 40 | 1/26/12 Notice letter from Pal-Con to Brantley (BRANT 0249-51) | Defendant's Objections: Relevance FRE 401; FRE 403<br>Plaintiffs' Objections: FRE 402, 403 | | |
| 41 | 1/26/12 Notice letter from Pal-Con to Friend's Express (BRANT 0252-54; FRIENDS 0111-13) | Defendant's Objections: Relevance FRE 401; FRE 403<br><br>Plaintiffs' Objections: FRE 402, 403 | | |
| 42 | 10/3/11 Recap of Events from Crystal Baca (PAL-CON 000259) (Thompson Depo Ex. 39) | Defendant's Objections: Relevance FRE 401, 403; FRE 801, 802 | | |
| 43 | Ty Moore's Account of Incident (PAL-CON 000256) | Defendant's Objections: Relevance FRE 401; FRE 403; FRE 801, 802 | | |
| 44 | 10/4/11 Account of Events from Chris (PAL-CON 000257) | Defendant's Objections: FRE 801, 802, FRE 403 | | |
| 45 | 10/3/11 Account of Events from Tanner Thompson (PAL-CON 000258) | Defendant's Objections: FRE 80, 802; FRE 403 FRE 401 | 4/14 | 4/14 |
| 46 | Correspondence from Spectra Energy (PAL-CON 000356-57) | Defendant's | | |

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
|  |  | Objections: FRE 401; FRE 403 | ~~~~ |  |
| 47 | Correspondence between Randy Thompson and Troy Connor (PAL-CON 000358-61) | Defendant's Objections: FRE 401; FRE 403 | 4/14 | 4/14 |
| 48 | Correspondence with Spectra Energy (PAL-CON 001276-79) | Defendant's Objections: FRE 401; 403; FRE 801, 802 | " | " |
| 49 | Supplemental Activation Order with Spectra Energy (PAL-CON 001280-81) | Defendant's Objections: Relevance FRE 401, ; FRE 403 | " | " |
| 50 | Summary of Pal-Con's Damages | Defendant's Objections: Relevance FRE 401,; FRE 403 | " | " |
| 51 | Arnie's Conditional Computation of Allowable Pal-Con Damages (Arnie Depo Ex. 3) | Defendant's Objections: Relevance FRE 401 | " | " |
| 52 | Original Estimate of Additional Costs for Refurb and Installation (PAL-CON 000202-05) | Defendant's Objections: Relevance FRE 401,; FRE 403 | " | " |
| 53 | Spreadsheet of Miscellaneous Expenses and Supporting Receipts (PAL-CON 000679-710) | Defendant's Objections: Relevance FRE 401 (consequential damages),; FRE 403 | " | " |
| 54 | Spreadsheet of Extra Garrett Materials (PAL-CON 000711-12) | Defendant's Objections: Relevance FRE 401, (consequential); FRE 403 | " | " |
| 55 |  |  |  |  |
| 56 | Spreadsheet of Extra Pal-Tex Materials (PAL-CON 000889) | Defendant's Objections: | 4/14 | 4/14 |

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
|  |  | Relevance FRE 401,; FRE 403 |  |  |
| 57 | Spreadsheet of Extra Install Materials (PAL-CON 000897) | Defendant's Objections: Relevance FRE 401,; FRE 403 | 4/14 | 4/14 |
| 58 | Spreadsheet of equipment hours (PAL-CON 000925) | Defendant's Objections: Relevance FRE 401,; FRE 403 | // | // |
| 59 | Spreadsheet of Service Purchase Orders as of 7/16/12 (PAL-CON 000658-59) | Defendant's Objections: Relevance FRE 401,; FRE 403 | // | // |
| 60 | Mobilization Crew Hour Logs (PAL-CON 000626-49; 000926-27; 000932-33; 000935; 000938-39; 000942-43; 000945) | Defendant's Objections: Relevance FRE 401; FRE 403 | // | // |
| 61 | Equipment Logs (PAL-CON 000928-31; 000934; 000936-37; 000940-41; 000944; 000946) | Defendant's Objections: Relevance FRE 401; FRE 403 | // | // |
| 62 | Mobilization Expense Reports (PAL-CON 000947-51) | Defendant's Objections: Relevance FRE 401 (consequentials); FRE 403 | // | // |
| 63 | Southwest Transport Logistics Inc.'s Invoice for Return of Damaged Unit (PAL-CON 000278) | Defendant's Objections: Relevance FRE 401; FRE 403 | // | // |
| ~~64~~ | ~~C.V. of Randy Sorenson~~ |  |  |  |
| 65 | Report of Randy Sorenson | Defendant's Objections: FRE 403; FRE 801, 802 |  |  |
| 66 | 2/28/14 Interoffice Memorandum from Randy Thompson (PAL-CON 001390-92) | Defendant's Objections: |  |  |

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
|  |  | Relevance FRE 401; FRE 403 |  |  |
| 67 | Interstate Commerce Commission Permit for Jeffrey D. Brantley d/b/a Brantley Transportation (Brantley 0007-0008) | Plaintiffs' Objections: FRE 401 |  |  |
| 68 | ODS North America Invoice (Brant 0029) | Plaintiffs' Objections: FRE 401 |  |  |
| 69 | Carrier Profile filled out by Brantley (Brant 0039 & Brant 0231 & Brant 0440) | Plaintiffs' Objections: FRE 401, 403 and 411 |  |  |
| 70 | US DOT License Friends Express (Brant 0040 & Brant 0441) | Plaintiffs' Objections: FRE 401 and 901 |  |  |
| 71 | W-9 Form (Brant 0041) | Plaintiffs' Objections: FRE 401 |  |  |
| 72 | Certificate of Liability Insurance for Brantley (Brant 0048) | Plaintiffs' Objections: FRE 401, 403 and 411 |  |  |
| 73 | Oct 11, 2011 claim letter from Pal Con to Brantley (Brant 0116-0116) | Plaintiffs' Objections: FRE 106, 1002 and 1003 |  |  |
| 74 | Oct 11, 2011 claim letter from Pal Con to Friends (VF 00643-644) | Defendant's Objections: FRE 403, 401, 801; 802; 901, 902<br><br>Plaintiffs' Objections: FRE 401 and 403 |  |  |
| 75 | Standard Form for Presentation of Loss and Damage Claims signed by James R. Thompson (Brant 0118-0119 & VF 0029) | Plaintiffs' Objections: FRE 106 |  |  |
| 76 | W & A Regenerator Loss Estimate (Brant 0192) | Defendant's Objections: FRE 401 403<br><br>Plaintiffs' Objections: FRE 106, 702, 703, 802 |  |  |
| 77 | Sworn Statement in Proof of Loss (Brant 0193 & Pal Con 00030 & VF 00226 & VF 00349 & VF 00354) | Defendant's Objections: FRE 401 403<br><br>Plaintiffs' Objections: |  |  |

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
| | | FRE 401, 403 and 411 | | |
| 78 | Subrogation Receipt (Brant 0194 & VF 00227 & VF 00350-351 &VF 00355-356) | Defendant's Objections: FRE 401 403<br><br>Plaintiffs' Objections: FRE 401, 403 and 411 | | |
| 79 | Nov 9, 2011 letter from Pal Con to CNA Ins re: will replace unit (Brant 0212) | Defendant's Objections: FRE 401, 403<br><br>Plaintiffs' Objections: FRE 401 | | |
| 80 | Standard Form for Presentation of Loss and Damage Claims (Brant 0267 & Pal Con 00025 & VF 00358-360) | Defendant's Objections: FRE 401 403<br><br>Plaintiffs' Objections: FRE 106 | | |
| 81 | Corrected Standard Form for Presentation of Loss and Damage Claims (VF 00361-364) | Defendant's Objections: FRE 401 403<br><br>Plaintiffs' Objections: FRE 401 and 402 | | |
| 82 | Pal Con's Spectra Energy – Lilly PA Breakdown of Additional Costs Associated with Regenerator Damaged in Transport (Brant 0269-0271 & Pal Con 0026 & VF 00230) | Defendant's Objections: FRE 401 403<br><br>Plaintiffs' Objections: FRE 106 and 403 | | |
| 83 | W-9 signed by Jeffrey D. Brantley 04/05/10 (Brant 0430) | Plaintiffs' Objections: FRE 401 | | |
| 84 | Carrier References for Brantley Transportation (Brent 0431) | Plaintiffs' Objections: FRE 401 and 802 | | |
| 85 | Certificate of Liability for Jeff Brantley "For Info Only" (Brant 0432) | Plaintiffs' Objections: FRE 401, 403 and 411 | | |
| 86 | Photograph of Brantley truck (Brant 0468) | | | |
| 87 | E-mail from Randy Thompson to Greg Hunter regarding e-mails between Pal Con and Friends (VF | Plaintiffs' Objections: FRE 401 and 802 | | |

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
| | 00340-342) | | | |
| 88 | Statement of Loss (VF 00223) | Defendant's Objections: FRE 401; 403<br><br>Plaintiffs' Objections: FRE 403, 802, 901 and 1006 | | |
| 89 | Pal Con's itemization of damages (VF 00472-496) | Defendant's Objections: FRE 401; 403<br><br>Plaintiffs' Objections: FRE 106 | | |
| 90 | Pal Con letter to CNA regarding efforts best spent manufacturing a new unit (VF 00498) | Plaintiffs' Objections: FRE 401 and 403 | | |
| 91 | E-mail string between Greg Hunter and Heather Melton regarding payment of $800,000 check (VF 00575) | Plaintiffs' Objections: FRE 401, 403, 701, 702 and 901 | | |
| 92 | E-mail from Kellie Herrmann to Scott Armstrong, Werlinger, re: attachments Spectra Energy purchase order, activation order (VF 00683-684), Spectra changing dates of the project, proof of sale of two used cores, letter from Thompson, used flange assemblies selling for 60% of original value with attachments (VF 00578-604 | Defendant's Objections: FRE 401; 403; 901; 902; 801; 802<br><br>Plaintiffs' Objections: FRE 401 and 403 | | |
| 93 | Activation Order as Supplemented 09/29/11 (VF 00706-709) | Defendant's Objections: FRE 401; 403; 901; 902 | 4/14 | 4/14 |
| 94 | E-mail from Kellie Herrmann to Scott Armstrong re: copy of bid contract with Spectra Energy re: regenerator and attachment (VF 00605-616) | | | |
| 95 | Document showing expenses for trip to site (VF 00647-652) | Defendant's Objections: FRE 401; 403 | 4/14 | 4/14 |
| 96 | Pal Con Pal-Tex Regenerator Installation Bid 01/20/11 (VF 00685-694) | Plaintiffs' Objections: FRE 401 and 403 | | |
| 97 | Bid v. Estimated Cost v. Actual Cost analysis for 01/20/11 (VF 00695) | Plaintiffs' Objections: FRE 401 and 403 | | |

Revised Joint Exhibit Index                                   Page 10

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
| 98 | Pal Con bid for regenerator replacement 09/14/10 (VF 00697-705) | | 4/14 | 4/14 |
| 99 | Bill of Sale Equipment signed by Randy Thompson re: sale of 3 refurbished Garrett Regenerator Cores @ $60,000 each (VF 00719) | Plaintiffs' Objections: FRE 401 | | |
| 100 | CNA check to Pal Con for $800,000 (VF 00721) | Plaintiffs' Objections: FRE 401, 403 and 901 | | |
| 101 | V. Paul Herbert's C.V. and Report dated July 11, 2013 | Plaintiffs' Objections: FRE 602, 702, 703 and 802 | | |
| 102 | Dennis Arnie's C.V. and Report dated July 12, 2013 | Plaintiffs' Objections: FRE 602, 702, 703 and 802 | | |
| 103 | Insufficient Support for Purchase Orders, Tab 19 to Dennis Arnie's report (Pal-Con_000241, Pal-Con_000671) | Plaintiffs' Objections: FRE 106, 602, 702, 703 and 802 | | |
| 104 | Estimated Salvage Value of Original Left-Side Module, Tab 22 to Dennis Arnie's report (Pal-Con_000130) | Plaintiffs' Objections: FRE 106, 602, 702, 703 and 802 | | |
| 105 | Email thread from Crystal Baca to Christine Friend dated August 25, 2011, Exhibit 33 to the deposition of James Randall Thompson (Pal-Con_000151-000152) | Plaintiffs' Objections: FRE 401 | | |
| 106 | Email thread from Christine Friend to Crystal Baca dated August 26, 2011, Exhibit 33 to the deposition of James Randall Thompson (Pal-Con_000153-000156) | Plaintiffs' Objections: FRE 401 | | |
| 107 | Email thread from Christine Friend to Crystal Baca dated August 29, 2011, Exhibit 33 to the deposition of James Randall Thompson (Pal-Con_000157-000162) | Plaintiffs' Objections: FRE 401 | | |
| 108 | Letter from Randy Thompson to Brantley Transportation dated October 11, 2011, Exhibit 41 to the deposition of James Randall Thompson (Pal-Con_000023-000024) | Defendant's Objections: FRE 403 | | |
| 109 | Equipment Operating Agreement, Exhibit 20 to the deposition of Jeff Brantley (BRANT 0016-0027) | Plaintiffs' Objections: FRE 401 | | |
| 110 | Jacob Maples Application for Employment, Exhibit 27 to the deposition of Jacob Maples (BRANT 0009-0012) | Defendant's Objections: Relevance FRE 401, 403 | | |

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
| 111 | Bert Wheeler's licenses and certificates, Exhibit 1 to the deposition of Bert Wheeler (Wheeler 000002) | | | |
| 112 | Map of the highways around Columbus, Ohio (Exhibit 5 to the deposition of Bert Wheeler) | | 4/14 | 4/14 |
| 113 | Map of a portion of I-270, Exhibit 6 to the deposition of Bert Wheeler | | | |
| 114 | Certified Copy of the State of Ohio Operational Guide for Vehicles Operating with an Oversize/Overweight Special Hauling Permit (WHEELER 59-175) | Plaintiffs' Objections: FRE 401 and 901; Defendant's Objections: FRCP 34 and 37 | | |
| 115 | Photograph of Brantley Transportation Truck, Exhibit 15 to the deposition of Bert Wheeler | | | |
| 116 | Aerial photograph, Exhibit 18 to the deposition of Bert Wheeler | | 4/14 | 4/14 |
| 117 | Aerial photograph, Exhibit 19 to the deposition of Bert Wheeler | | | |
| 118 | Freight Details, Exhibit 25 to the deposition of Tonya Brantley | | | |
| 119 | Pilot Car Escort Best Practices Guidelines, Exhibit 1 to the deposition of Randy Sorenson | Plaintiffs' Objections: FRE 702, 703 and 802 | | |
| 123 | Gahanna Police Department Incident Report (VF00657-00659) | Plaintiffs' Objections: FRE 401, 402, 403, and 801 | | |

Respectfully submitted,

/s/ Marshall M. Searcy, Jr.
Marshall M. Searcy, Jr.
State Bar No. 17955500
marshall.searcy@kellyhart.com
Derek Montgomery
State Bar No. 24042264
derek.montgomery@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: (817) 332-2500
Fax: (817) 878-9280

**ATTORNEYS FOR PLAINTIFF**

/s/ Patrick C. Hess
Patrick C. Hess*
phess@nzalaw.com
Kevin M. Pugliese*
kpugliese@nzalaw.com
NIELSEN, ZEHE & ANTAS, P.C.
55 West Monroe, Suite 1800
Chicago, Illinois 60603
Phone: (312) 635-1831


James Joseph Boteler
State Bar No. 00790339
jboteler@bmg-law.com
BOTELER MAHONEY & GRAY, LLP
545 East John Carpenter Fwy, Suite 300
Irving, Texas 75602
Phone: (972) 719-9190
Fax:  (972) 719-9194

**ATTORNEYS FOR INTERVENOR**
   * Admitted Pro Hac Vice

*/s/ Joseph F. Henderson*
John S. Kenefick
State Bar No. 24006294
JKenefick@MacDonaldDevin.com
Joseph F. Henderson
State Bar No. 24036751
JHenderson@MacdonaldDevin.com
Nathan Shackelford
State Bar No. 24070598
NShackelford@MacdonaldDevin.com
Macdonald Devin, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Phone: (214) 744-3300
Fax: (214) 747-0942

**ATTORNEYS FOR DEFENDANT
BERT A. WHEELER D/B/A
ANNE'S PILOT CAR SERVICE**

## CERTIFICATE OF SERVICE

Pursuant to IN RE: Standing Order Concerning Paper Filing In Cases Assigned to U.S. District Judge John McBryde, I hereby certify that a true and correct copy of the foregoing document has been forwarded in paper form to the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served all known counsel of record in this cause in accordance with the Federal Rule of Civil Procedure 5(b)(2) on this 7th day of April, 2014.

_____
Derek Montgomery