Case 4:13-cv-01007-A Document 99 Filed 04/15/14 Page 1 of 11 PageID 2426



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| PAL-CON, LTD. and VALLEY FORGE INSURANCE COMPANY, | § |
|---|---|
| Plaintiff and Intervenor, | § |
| v. | § Civil Action No. |
| FRIEND'S EXPRESS, LLC, JEFFERY D. BRANTLEY d/b/a BRANTLEY TRANSPORTATION, and BERT A. WHEELER d/b/a ANNE'S PILOT CAR SERVICES, | § 4:12-CV-721-A |
| Defendants. | § |

## DEFENDANT'S EXHIBIT INDEX

Pursuant to Paragraph 7 of the Court's Order Setting Schedule and Providing Special Pretrial Instructions dated December 21, 2011 (Dkt. # 18 in Civil Action No. 4:12-CV-721-A; adopted in Dkt. #11), Defendant Bert A. Wheeler ("Wheeler") submits Defendant's Exhibit Index to be offered at trial:

(2014)

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
| 1 | Work Orders and Supporting Details (PAL-CON 000415-29; 435-87; 748-851; 853-88; 900-24; 952-1275) | | | |
| 2 | Fax from Anne's Pilot Car Service (BRANT 0149) | Plaintiffs' Objections: FRE 106, 802 and 901 | | |
| 3 | Invoice from Anne's Pilot Car Service (BRANT 0072-73) | | | |
| 4 | Anne's Pilot Car Service Ticket (BRANT 0071; WHEELER 000001) | | | |
| 5 | Damaged Regenerator & Replacement Expenses (PAL-CON 000216-42) | | | |

*Defendant's Exhibit List – 775792.1 1813.104*          Page 1

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
| 6 | Damaged Regenerator & Replacement Expenses (Pal-Con 1393-1418 dated March 5, 2014) | (consequential | | |
| 7 | Friends Express Uship Profile (Pal Con 008-13; FRIENDS 0001-2) | Plaintiffs' Objections: FRE 401, 402, 403 and 901 | | |
| 8 | Uship terms and conditions (Pal-Con 0010-13; FRIENDS 0006-9) | Plaintiffs' Objections: FRE 401, 403 and 901 | | |
| 9 | Uship SAFER Information (FRIENDS 0003-5) | Plaintiffs' Objections: FRE 401 | | |
| 10 | Friends Express LLC Customer Credit Application (Brant 0030 & Pal Con 0014; 0079) | Plaintiff's Objections: FRE 402, 901 | | |
| 11 | Bill of lading (Left Side Module) at pickup; Brant 49; FRIENDS 272-273; Exhibit 32 to the deposition of James Randall Thompson | Defendant's Objections: Relevance FRE 401; FRE 403  Plaintiffs' Objections: FRE 403 | | |
| 12 | Bill of Lading for Left Side Module at delivery Friends 0033; Brantley Depo Exhibit 28; Maples Exhibit 28; Thompson Depo Exhibit 32; Brantley 0050 | | | |
| 13 | Bill of Lading 09/12/11 piping and flange for Spectra trip 2938 Pal Con 00142 | Plaintiffs' Objections: FRE 401 | | |
| 14 | Bill of Lading for Right Side Module (Friends 287) | Plaintiffs' Objections: FRE 401, 402, and 403 | | |
| 15 | Brantley Invoice (Brant 95) | Plaintiffs' Objections: FRE 401 | | |
| 16 | BOL for Left Module to Lilly, PA 10/04/10 Pal-Con 1295 | Plaintiffs' Objections: FRE 401 | | |
| 17 | BOL for Right Module to Lilly, PA 10/04/10 Pal Con 1294 | Plaintiffs' Objections: FRE 401 | | |
| 18 | BOL for ducts and other parts to Lilly, PA Click Farms 09/28/10 Pal Con 1299 | Plaintiffs' Objections: FRE 401 | | |

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
| ~~19~~ | BOL for trailer from Lilly, PA to Stephenville by Click Farms 10/01/10 Pal Con 1298 | Plaintiffs' Objections: FRE 401 | | |
| 20 | Invoices (Pal-Con 0488-625; 650-57; 660-78; 713-47; 852; 890-96; 898-99; 1284; Pal-Con 283-286; VF 00299 & VF 00328; Pal Con 1292; Pal Con 1296; Pal Con 143 | Plaintiffs' Objections: FRE 401, 802 and 901 | | |
| 21 | Friends Invoice for Job #2951 the Left Side Module (Pal Con 0143; FRIENDS 0039-40) | | | |
| 22 | Pal Con Purchase Order for Friends Transport units from Stephenville, TX to Lilly, PA 2 @ $9,900 ea = $19,800 (VF 00300 & VF 00329) | | | |
| 23 | Purchase Orders (Pal Con147; Pal Con 150; FRIENDS 0038; Pal Con 1293; Pal Con 1297; VF 330-336; VF 710-6); VF 330 & 329 | Plaintiffs' Objections: Duplicates; FRE 401 | 4/14 | 4/14 |
| 24 | Crystal Baca Emails (VF 308; VF 413-14; VF 645-646; Pal-Con 259) | Plaintiffs' Objections: FRE 403 | | |
| 25 | Jacob Maples Driver's License and Medical Examiner's Certificate, (BRANT 0006) | Defendant's Objections: Relevance FRE 401

Plaintiffs' Objections: FRE 403 | | |
| 26 | Ohio Permit (BRANT 60-61) | | | |
| 27 | Photographs of Eastbound I-70 at mile 91 (Exhibit 7 to the deposition of Bert Wheeler) | | | |
| 28 | Aerial of I-70 and I-270 mixmaster (Wheeler Depo Ex. 8) | | | |
| 29 | Map of Permitted Route (Exhibit 10 to the deposition of Bert Wheeler) | | | |
| 30 | Photo of I-270 North and Ohio 317 bridge (Wheeler Depo Ex. 11) | | | |
| 31 | Photographs dated September 23, 2011 (Exhibit 12 to the deposition of Bert Wheeler; Hufford Depo Ex. 1) | | | |
| 32 | Friends' Broker Documents (Brant 31-41; Brant 232-34; Brant 239) | Plaintiffs' Objections: FRE 401, 403, 802 | | |
| 33 | Carrier Load Rate Confirmation (Brant 42-47) | | | |

*Defendant's Exhibit List* – 775792.1 1813.104                          Page 3

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
| 34 | The Internet Truckstop load transportation request (Brantley Depo Ex. 25) | | | |
| 35 | Map with bridge location circled (Hufford Depo Ex. 3) | | | |
| 36 | Photographs from Crawford Report (BRANT 0097-108) | | | |
| 37 | Photographs of damaged unit (PAL-CON 000288-307) | | | |
| 39 | 12/20/11 Notice letter from VFIC to Brantley (BRANT 0152-96) | <u>Defendant's Objections:</u> Relevance FRE 401, FRE 403<br><br><u>Plaintiffs' Objections:</u> FRE 402, 403 | | |
| 40 | 1/26/12 Notice letter from Pal-Con to Brantley (BRANT 0249-51) | <u>Defendant's Objections:</u> Relevance FRE 401; FRE 403<br><br><u>Plaintiffs' Objections:</u> FRE 402, 403 | | |
| 41 | 1/26/12 Notice letter from Pal-Con to Friend's Express (BRANT 0252-54; FRIENDS 0111-13) | <u>Defendant's Objections:</u> Relevance FRE 401; FRE 403<br><br><u>Plaintiffs' Objections:</u> FRE 402, 403 | | |
| 46 | Correspondence from Spectra Energy (PAL-CON 000356-57) | | | |
| 47 | Correspondence between Randy Thompson and Troy Connor (PAL-CON 000358-61) | | | |
| 48 | Correspondence with Spectra Energy (PAL-CON 001276-79) | | | |
| 49 | Supplemental Activation Order with Spectra Energy (PAL-CON 001280-81) | | | |
| 51 | Arnie's Conditional Computation of Allowable Pal- | | | |

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
|  | Con Damages (Arnie Depo Ex. 3) |  |  |  |
| 52 | Original Estimate of Additional Costs for Refurb and Installation (PAL-CON 000202-05) |  |  |  |
| 53 | Spreadsheet of Miscellaneous Expenses and Supporting Receipts (PAL-CON 000679-710) |  |  |  |
| 54 | Spreadsheet of Extra Garrett Materials (PAL-CON 000711-12) |  |  |  |
| 56 | Spreadsheet of Extra Pal-Tex Materials (PAL-CON 000889) |  |  |  |
| 57 | Spreadsheet of Extra Install Materials (PAL-CON 000897) |  |  |  |
| 58 | Spreadsheet of equipment hours (PAL-CON 000925) |  |  |  |
| 59 | Spreadsheet of Service Purchase Orders as of 7/16/12 (PAL-CON 000658-59) |  |  |  |
| 60 | Mobilization Crew Hour Logs (PAL-CON 000626-49; 000926-27; 000932-33; 000935; 000938-39; 000942-43; 000945) |  |  |  |
| 61 | Equipment Logs (PAL-CON 000928-31; 000934; 000936-37; 000940-41; 000944; 000946) |  |  |  |
| 62 | Mobilization Expense Reports (PAL-CON 000947-51) |  |  |  |
| 63 | Southwest Transport Logistics Inc.'s Invoice for Return of Damaged Unit (PAL-CON 000278) |  |  |  |
| 67 | Interstate Commerce Commission Permit for Jeffrey D. Brantley d/b/a Brantley Transportation (Brantley 0007-0008) | Plaintiffs' Objections: FRE 401 |  |  |
| 68 | ODS North America Invoice (Brant 0029) | Plaintiffs' Objections: FRE 401 |  |  |
| 69 | Carrier Profile filled out by Brantley (Brant 0039 & Brant 0231 & Brant 0440) | Plaintiffs' Objections: FRE 401, 403 and 411 |  |  |
| 70 | US DOT License Friends Express (Brant 0040 & Brant 0441) | Plaintiffs' Objections: FRE 401 and 901 |  |  |
| 71 | W-9 Form (Brant 0041) | Plaintiffs' Objections: FRE 401 |  |  |

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
| 72 | Certificate of Liability Insurance for Brantley (Brant 0048) | Plaintiffs' Objections: FRE 401, 403 and 411 | | |
| 73 | Oct 11, 2011 claim letter from Pal Con to Brantley (Brant 0116-0116) | Plaintiffs' Objections: FRE 106, 1002 and 1003 | | |
| 74 | Oct 11, 2011 claim letter from Pal Con to Friends (VF 00643-644) | Plaintiffs' Objections: FRE 401 and 403 | | |
| 75 | Standard Form for Presentation of Loss and Damage Claims signed by James R. Thompson (Brant 0118-0119 & VF 0029) | Plaintiffs' Objections: FRE 106, 1002 and 1003 | | |
| 76 | W & A Regenerator Loss Estimate (Brant 0192) | Plaintiffs' Objections: FRE 106, 702, 703, 802, 1002 and 1003 | | |
| 77 | Sworn Statement in Proof of Loss (Brant 0193 & Pal Con 00030 & VF 00226 & VF 00349 & VF 00354) | Plaintiffs' Objections: FRE 401, 403 and 411 | | |
| 78 | Subrogation Receipt (Brant 0194 & VF 00227 & VF 00350-351 & VF 00355-356) | Plaintiffs' Objections: FRE 401, 403 and 411 | | |
| 79 | Nov 9, 2011 letter from Pal Con to CNA Ins re: will replace unit (Brant 0212) | Defendant's Objections: FRE 401, 403<br><br>Plaintiffs' Objections: FRE 401 | | |
| 80 | Standard Form for Presentation of Loss and Damage Claims (Brant 0267 & Pal Con 00025 & VF 00358-360) | Plaintiffs' Objections: FRE 106, 1002 and 1003 | | |
| 81 | Corrected Standard Form for Presentation of Loss and Damage Claims (VF 00361-364) | Plaintiffs' Objections: FRE 401, 403 | | |
| 82 | Pal Con's Spectra Energy – Lilly PA Breakdown of Additional Costs Associated with Regenerator Damaged in Transport (Brant 0269-0271 & Pal Con 0026 & VF 00230) | Plaintiffs' Objections: FRE 106 and 403 | | |
| 83 | W-9 signed by Jeffrey D. Brantley 04/05/10 (Brant 0430) | Plaintiffs' Objections: FRE 401 | | |
| 84 | Carrier References for Brantley Transportation (Brent 0431) | Plaintiffs' Objections: FRE 401 and 802 | | |
| 85 | Certificate of Liability for Jeff Brantley "For Info | Plaintiffs' Objections: | | |

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
|  | Only" (Brant 0432) | FRE 401, 403 and 411 |  |  |
| 86 | Photograph of Brantley truck (Brant 0468) | Plaintiffs' Objections: FRE 401 and 901 |  |  |
| 87 | E-mail from Randy Thompson to Greg Hunter regarding e-mails between Pal Con and Friends (VF 00340-342) | Plaintiffs' Objections: FRE 401 and 802 |  |  |
| 88 | Statement of Loss (VF 00223) | Plaintiffs' Objections: FRE 403, 802, 901 and 1006 |  |  |
| 89 | Pal Con's itemization of damages (VF 00472-496) | Plaintiffs' Objections: FRE 106 |  |  |
| 90 | Pal Con letter to CNA regarding efforts best spent manufacturing a new unit (VF 00498) | Plaintiffs' Objections: FRE 401 and 403 |  |  |
| 91 | E-mail string between Greg Hunter and Heather Melton regarding payment of $800,000 check (VF 00575) | Plaintiffs' Objections: FRE 401, 403, 701, 702 and 901 |  |  |
| 92 | E-mail from Kellie Herrmann to Scott Armstrong. Werlinger, re: attachments Spectra Energy purchase order, activation order (VF 00683-684); Spectra changing dates of the project, proof of sale of two used cores, letter from Thompson, used flange assemblies selling for 60% of original value with attachments (VF 00578-604 | Plaintiffs' Objections: FRE 401 and 403 |  |  |
| 93 | Activation Order as Supplemented 09/29/11 (VF 00706-709) |  |  |  |
| 94 | E-mail from Kellie Herrmann to Scott Armstrong re: copy of bid contract with Spectra Energy re: regenerator and attachment (VF 00605-616) |  |  |  |
| 95 | Document showing expenses for trip to site (VF 00647-652) |  |  |  |
| 96 | Pal Con Pal-Tex Regenerator Installation Bid 01/20/11 (VF 00685-694) | Plaintiffs' Objections: FRE 401 and 403 | 4/14 | 4/14 |
| 97 | Bid v. Estimated Cost v. Actual Cost analysis for 01/20/11 (VF 00695) | Plaintiffs' Objections: FRE 401 and 403 |  |  |
| 98 | Pal Con bid for regenerator replacement 09/14/10 (VF 00697-705) |  |  |  |

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
| 99 | Bill of Sale Equipment signed by Randy Thompson re: sale of 3 refurbished Garrett Regenerator Cores @ $60,000 each (VF 00719) | Plaintiffs' Objections: FRE 401 | | |
| 100 | CNA check to Pal Con for $800,000 (VF 00721) | Plaintiffs' Objections: FRE 401, 403 and 901 | | |
| 101 | V. Paul Herbert's C.V. and Report dated July 11, 2013 | Plaintiffs' Objections: FRE 602, 702, 703 and 802 | | |
| 102 | Dennis Arnie's C.V. and Report dated July 12, 2013 | Plaintiffs' Objections: FRE 602, 702, 703 and 802 | | |
| 103 | Insufficient Support for Purchase Orders, Tab 19 to Dennis Arnie's report (Pal-Con_000241, Pal-Con_000671) | Plaintiffs' Objections: FRE 106, 602, 702, 703 and 802 | | |
| 104 | Estimated Salvage Value of Original Left-Side Module, Tab 22 to Dennis Arnie's report (Pal-Con_000130) | Plaintiffs' Objections: FRE 106, 602, 702, 703 and 802 | | |
| 105 | Email thread from Crystal Baca to Christine Friend dated August 25, 2011, Exhibit 33 to the deposition of James Randall Thompson (Pal-Con_000151-000152) | Plaintiffs' Objections: FRE 401 | | |
| 106 | Email thread from Christine Friend to Crystal Baca dated August 26, 2011, Exhibit 33 to the deposition of James Randall Thompson (Pal-Con_000153-000156) | Plaintiffs' Objections: FRE 401 | | |
| 107 | Email thread from Christine Friend to Crystal Baca dated August 29, 2011, Exhibit 33 to the deposition of James Randall Thompson (Pal-Con_000157-000162) | Plaintiffs' Objections: FRE 401 | | |
| 108 | Letter from Randy Thompson to Brantley Transportation dated October 11, 2011, Exhibit 41 to the deposition of James Randall Thompson (Pal-Con_000023-000024) | | | |
| 109 | Equipment Operating Agreement, Exhibit 20 to the deposition of Jeff Brantley (BRANT 0016-0027) | Plaintiffs' Objections: FRE 401 | | |
| 110 | Jacob Maples Application for Employment, Exhibit 27 to the deposition of Jacob Maples (BRANT 0009-0012) | Defendant's Objections: Relevance FRE 401, 403 | | |

| Exh | Description | Objections | Offered | Admitted |
|---|---|---|---|---|
| 111 | Bert Wheeler's licenses and certificates, Exhibit 1 to the deposition of Bert Wheeler (Wheeler 000002) | | 4/14 | 4/14 |
| 112 | Map of the highways around Columbus, Ohio (Exhibit 5 to the deposition of Bert Wheeler) | | | |
| 113 | Map of a portion of I-270, Exhibit 6 to the deposition of Bert Wheeler | | | |
| 114 | Certified Copy of the State of Ohio Operational Guide for Vehicles Operating with an Oversize/Overweight Special Hauling Permit (WHEELER 59-175) | Plaintiffs' Objections: FRE 401 and 901; FRCP 34 and 37 | 4/14 | 4/14 |
| 115 | Photograph of Brantley Transportation Truck, Exhibit 15 to the deposition of Bert Wheeler | | | |
| 116 | Aerial photograph, Exhibit 18 to the deposition of Bert Wheeler | | | |
| 117 | Aerial photograph, Exhibit 19 to the deposition of Bert Wheeler | | | |
| 118 | Freight Details, Exhibit 25 to the deposition of Tonya Brantley | | | |
| 119 | Pilot Car Escort Best Practices Guidelines, Exhibit 1 to the deposition of Randy Sorenson | Plaintiffs' Objections: FRE 702, 703 and 802 | | |
| 123 | Gahanna Police Department Incident Report (VF00657-00659) | Plaintiffs' Objections: FRE 401, 402, 403, and 801 | | |

## CERTIFICATION OF COUNSEL

The foregoing accurately states the objections of Defendant, Bert A. Wheeler d/b/a Anne's Pilot Car Services as reflected above. Other than those objections identified above and in the Parties' Revised Joint Exhibit Index, the parties agree to the admissibility of the foregoing exhibits.

Marshall M. Searcy, Jr.
State Bar No. 17955500
marshall.searcy@kellyhart.com
Derek Montgomery
State Bar No. 24042264
derek.montgomery@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: (817) 332-2500
Fax: (817) 878-9280

**ATTORNEYS FOR PLAINTIFF**


Kevin Pugliese*
kpugliese@nzalaw.com
Patrick C. Hess*
phess@nzalaw.com
NIELSEN, ZEHE & ANTAS, P.C.
55 West Monroe, Suite 1800
Chicago, Illinois 60603
Phone: (312) 635-1831

James Joseph Boteler
State Bar No. 00790339
jboteler@bmg-law.com
BOTELER MAHONEY & GRAY, LLP
545 East John Carpenter Fwy, Suite 300
Irving, Texas 75602
Phone: (972) 719-9190
Fax:  (972) 719-9194

**ATTORNEYS FOR INTERVENOR**
        ***  Admitted Pro Hac Vice**

## CERTIFICATION OF COUNSEL

The foregoing accurately reflects the exhibits the Plaintiffs intend to introduce at trial of this matter.

*/s/ Joseph F. Henderson*
_____
John S. Kenefick
State Bar No. 24006294
Joseph F. Henderson
State Bar No. 24036751
Macdonald Devin, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Phone: (214) 744-3300
Fax: (214) 747-0942

**ATTORNEYS FOR DEFENDANT
BERT A. WHEELER D/B/A
ANNE'S PILOT CAR SERVICE**